```
                         UNITED STATES DISTRICT COURT
                           DISTRICT OF MASSACHUSETTS
                              BANKRUPTCY DIVISION


                                 )
In Re:                           )    Chapter 7
DAVID GEORGE AKILLIAN            )    Case No. 09-17200-JNF
     Debtor                      )
_____)
                                 )
JOSEPH BRAUNSTEIN                )
CHAPTER 7 TRUSTEE of             )
DAVID GEORGE AKILLIAN            )
     Plaintiff                   )
                                 )    Adversary Proceeding
v.                               )    No. 09-01388
                                 )
MICHAEL HAIG AKILLIAN            )
     Defendant                   )
                                 )
```

OBJECTION OF DEFENDANT TO TRUSTEE'S MOTION FOR SUMMARY JUDGMENT

To the Honorable Joan N. Feeney, Bankruptcy Judge:

The above captioned Defendant submits the following objection to the Motion of the Chapter 7 Trustee for Summary Judgment (hereinafter the "Motion").  The hearing on the Motion is scheduled for November 3, 2010 at 10:30 A.M. and pursuant to an Order of this Court dated August 27, 2010, objections are due on October 13, 2010.[1]

In support thereof, the Defendant submits the following:

1. Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment;

2. Affidavit of Michael Haig Akillian;

3. Affidavit of David George Akillian;

---

[1] The parties had initially agreed that the response to the Motion will be due on September 15, 2010 but the order of this Court setting the response deadline of October 13, 2010 superceded that agreement.

4.     Concise Statement of Disputed Material Facts relative to Opposition for Motion for Summary Judgment.

        Michael H. Akillian
        By his Counsel,

Dated: September 21, 2010    /s/Gary W. Cruickshank, Esq.
        21 Custom House Street
        Suite 920
        Boston, MA 02110
        (617) 330-1960
        (BBO107600)
        gwc@cruickshank-law.com

## CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that a copy of the Response has been served, electronically, upon Steffani Jill Boudreau, Esq., Riemer & Braunstein, Counsel to the Plaintiff, Three Center Plaza, Boston, Massachusetts 02114.

Dated: September 21, 2010    /s/Gary W. Cruickshank, Esq.