```
                       UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS
                          BANKRUPTCY DIVISION


                             )
In Re:                       )   Chapter 7
DAVID GEORGE AKILLIAN        )   Case No. 09-17200-JNF
     Debtor                  )
_____)
                             )
JOSEPH BRAUNSTEIN            )
CHAPTER 7 TRUSTEE of         )
DAVID GEORGE AKILLIAN        )
     Plaintiff               )
                             )   Adversary Proceeding
v.                           )   No. 09-01388
                             )
MICHAEL HAIG AKILLIAN        )
     Defendant               )
                             )
```

CONCISE STATEMENT OF DISPUTED MATERIAL FACTS
RELATIVE TO OPPOSITION FOR MOTION FOR SUMMARY JUDGMENT

To the Honorable Joan N. Feeney, Bankruptcy Judge:

The above captioned Defendant, by and through his undersigned Counsel, in accordance with M.L.B.R. 7056-1 and District Court Local Rule 56.1 submits the following Concise Statement of Disputed Material Facts to which it is contended that there are genuine issues of fact to be tried.

1. Michael Akillian did not receive any proceeds from the mortgages granted on the real estate known as 1-3 Howe Street, Watertown, Massachusetts (hereinafter the "Real Estate"). Michael Akillian Affidavit, paragraphs 12, 13, 15 and 16. Affidavit of David Akillian, paragraphs 11, 12, 13 and 22.

    2. Michael Akillian is not a creditor of the Debtor. Affidavit of Michael Akillian, paragraph 4. Affidavit of David Akillian, paragraph 18.

    3. Michael Akillian did not receive a transfer of the property of the Debtor when he received his share of the sale proceeds of the Real Estate. Affidavit of Michael Akillian, paragraph 17 and 18.

```
                                        Michael H. Akillian
                                        By his Counsel,


Dated: September 21, 2010      /s/Gary W. Cruickshank, Esq.
                               21 Custom House Street
                               Suite 920
                               Boston, MA 02110
                               (617) 330-1960
                               (BBO107600)
                               gwc@cruickshank-law.com
```

CERTIFICATE OF SERVICE

    I, Gary W. Cruickshank, hereby certify that a copy of the Concise Statement has been served, electronically, upon Steffani Jill Boudreau, Esq., Riemer & Braunstein, Counsel to the Plaintiff, Three Center Plaza, Boston, Massachusetts 02114.


Dated: September 21, 2010      /s/Gary W. Cruickshank, Esq.