UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>DAVID GEORGE AKILLIAN,<br><br>Debtor | Chapter 7<br>Case No. 09-17200 (JNF) |
| JOSEPH BRAUNSTEIN, CHAPTER 7 TRUSTEE OF THE ESTATE OF DAVID GEORGE AKILLIAN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HAIG AKILLIAN,<br><br>Defendant | Adversary Proceeding No. 09-01388 (JNF) |

## AFFIDAVIT OF COUNSEL AUTHENTICATING DOCUMENTS

I, Steffani Jill Boudreau, Esquire, hereby depose and state as follows:

1.　I am an attorney in good standing duly licensed to practice law in the Courts of the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts and am counsel to the Plaintiff, Joseph Braunstein, the Chapter 7 Trustee of the Bankruptcy Estate of David George Akillian, in the above captioned matter.

2.　Attached hereto as **Exhibit A** is a true and accurate copy of the Ceil and Red Realty Trust, u/d/t April 8, 1983 (the "Trust").

3.　Attached hereto as **Exhibit B** is a true and accurate copy of the Land Court Order.

4.　Attached hereto as **Exhibit C** is a true and accurate copy of the HUD Settlement Statement.

1

5. Attached hereto as **Exhibit D** is a true and accurate copy of the Akillian Check dated 8/1/08.

6. Attached hereto as **Exhibit E** is a true and accurate copy of the Debtor Check dated 8/1/08.

7. Attached hereto as **Exhibit F** is a true and accurate copy of the Debtor's Original Schedules dated 7/30/2009.

8. Attached hereto as **Exhibit G** is a true and accurate copy of the Debtor's Amended Schedules dated 10/06/2009.

9. Attached hereto as **Exhibit H** is a true and accurate copy of the Defendant's Answer to the Plaintiff's Request for Interrogatories,

10. Attached hereto as **Exhibit I** is a true and accurate copy of the Defendant's Answer to the Plaintiff's Request for Documents.

11. Attached hereto as **Exhibit J** is a true and accurate copy of cited portions of the Deposition Transcript of David Akillian ("Akillian Depo.").

12. Attached hereto as **Exhibit K** is a true and accurate copy of the Debtor's Bank Statements for July 16, 2008 through December 15, 2008.

13. Attached hereto as **Exhibit L** is a true and accurate copy of the Debtor's Bank Statements for December 16, 2008 through January 15, 2009.

14. Attached hereto as **Exhibit M** is a true and accurate copy of the Debtor's Bank Statements for March 14, 2009 through May 15, 2009.

Signed under the penalties of perjury this 13 day of August, 2010.

                                                                                    */s/  Steffani Jill Boudreau*
                                             Steffani Jill Boudreau, BBO No. 564967
                                             Riemer & Braunstein LLP
                                             Three Center Plaza
                                             Boston, Massachusetts 02108
                                             (617) 523-9000
                                             sboudreau@riemerlaw.com

1237828.1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>DAVID GEORGE AKILLIAN,<br><br>Debtor | Chapter 7<br>Case No. 09-17200 (JNF) |
| JOSEPH BRAUNSTEIN, CHAPTER 7 TRUSTEE OF THE ESTATE OF DAVID GEORGE AKILLIAN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HAIG AKILLIAN,<br><br>Defendant | Adversary Proceeding No. 09-01388 (JNF) |

## CERTIFICATE OF SERVICE

I, Steffani Jill Boudreau, of the law firm of Riemer & Braunstein LLP, hereby certify that on this 13 day of August, 2010, I caused to be served a true and accurate copy of the *Affidavit of Counsel in Support of the Plaintiff's Motion For Summary Judgment Against Defendant, Michael Haig Akillian* by causing a copy of same to be delivered by electronic notice, to:

Gary W. Cruickshank, Esquire
Law Office of Gary W. Cruickshank
21 Custom House Street, Suite 920
Boston, Massachusetts 02110

/s/ Steffani Jill Boudreau
Steffani Jill Boudreau, BBO No. 564967
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000
sboudreau@riemerlaw.com